UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Nos. 23-CV-24916-RLR

RODNEY MCGILL, SR.,

   Plaintiff,

vs.

THE UNITED STATES
DEPARTMENT OF JUSTICE,

   Defendant.
_____/

## ORDER DISMISSING AND CLOSING CASE

This cause is before the Court on the Plaintiff's filing of a civil rights complaint *in forma pauperis*. Because the Plaintiff is proceeding *in forma pauperis*, the Complaint is subject to screening by this Court for frivolousness. *See* 28 U.S.C. § 1915.

The Plaintiff alleges that he was previously convicted for obtaining mortgages through false representations. DE 1 at 2. Because the United States Department of Justice did not intervene or otherwise prevent the State of Florida from convicting the Plaintiff, the Plaintiff argues that the Department must pay him $2,000,000. *Id.*

A complaint is frivolous when a court can discern "that the factual allegations are 'clearly baseless' or that the legal theories are 'indisputably meritless.'" *Davis v. Kvalheim*, 216 F. App'x 231, 234 (11th Cir. 2008) (citing *Jefferson Fourtheenth Assocs. v. Wometco de Puerto Rico, Inc.*, 695 F.2d 524, 526 (11th Cir. 1983)). Here, the Plaintiff's Complaint is clearly baseless and indisputably meritless. It is **ORDERED AND ADJUDGED** that the Complaint is **DISMISSED**

and the Clerk of the Court shall **CLOSE THIS CASE** and **DENY** all other pending motions **AS MOOT**.

    **DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 8th day of February, 2024.

                                                    ROBIN L. ROSENBERG
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record